DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RICARDO LUVIANO-GALAVIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICARDO LUVIANO-GALAVIZ, ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | Case No. 2:06-cr-0386-MCE <br><br> **STIPULATION AND ORDER** <br><br> DATE: November 7, 2006 <br> TIME: 8:30 a.m. <br> JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, RICARDO LUVIANO-GALAVIZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the trial confirmation hearing of October 24, 2006 and the jury trial date of November 15, 2006 be vacated and that a status conference be set for November 7, 2006 at 8:30 a.m.

This continuance is being requested because the pre-plea report has not yet been received from the probation office.  Once that report is received, the government will provide defense counsel with a

proposed plea agreement, and defendant counsel will need time to provide it to the defendant and have it translated into Spanish.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 7, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 20, 2006          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ RACHELLE BARBOUR
                                 _____
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RICARDO LUVIANO-GALAVIZ


                                 McGREGOR SCOTT
                                 United States Attorney


                                 /s/ Rachelle Barbour for
DATED: October 20, 2006          _____
                                 MICHAEL BECKWITH
                                 Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: October 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2