DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RICARDO LUVIANO-GALAVIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>             Plaintiff,             )<br>                                    )<br>        v.                          )<br>                                    )<br> RICARDO LUVIANO-GALAVIZ,           )<br>                                    )<br>             Defendants.            )<br>                                    )<br> _____) | Case No. 2:06-cr-0386-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: November 28, 2006<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, RICARDO LUVIANO-GALAVIZ, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of November 7, 2006 be vacated and that a status conference be set for November 28, 2006 at 8:30 a.m.

This continuance is being requested because the defense is obtaining criminal history records to determine if the guidelines set forth in the pre-plea report are accurate.  Once the records are received, the defense will review them and determine if they affect the

guidelines and proposed plea agreement.  The plea agreement will then need to be provided to the court in advance of the next hearing.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 28, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 2, 2006          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ RACHELLE BARBOUR
                                 _____
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 RICARDO LUVIANO-GALAVIZ


                                 McGREGOR SCOTT
                                 United States Attorney


                                 /s/ Rachelle Barbour for
DATED: November 2, 2006          _____
                                 MICHAEL BECKWITH
                                 Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: November 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE